<table>
<tr><td>

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

</td><td>

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**
**MDD_SAGchambers@mdd.uscourts.gov**

</td></tr>
</table>

March 28, 2024

## LETTER ORDER

Christopher Kenneth Guy, #4981919
Chesapeake Detention Facility
401 East Madison Street
Baltimore, MD 21202

Sean Delaney, Esq.
Assistant United States Attorney
36 S. Charles Street 4th Fl
Baltimore, MD 21201

> RE:  Christopher Kenneth Guy v. U.S.A.
>       Criminal Case: SAG-21-0215
>       (Related Civil Action: SAG-23-1128)

Dear Mr. Guy and Counsel,

On March 12, 2024, the Court requested that Mr. Guy file his response, if any, to the Government's Motion for Order Directing Counsel to Provide Information by March 22, 2024. On March 26, 2024, the letter was returned marked "refused unable to forward." It seems that Mr. Guy may have been in transit for his appearance at the April 16, 2024, motions hearing. Therefore, any response Mr. Guy wishes to make should be submitted by **April 5, 2024**, and the government's reply will be due by **April 11, 2024**.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge